# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 08-CR-30255-MJR |
| RAUL GONZALEZ RODRIGUEZ, | ) |
| Defendant. | ) |

## ORDER

**REAGAN, District Judge:**

On December 12, 2008, the Defendant filed a motion to appoint an interpreter for "all court proceedings, proffers, pre-sentence investigation interviews, and any other matters related to his case" (Doc. 28). The Court notes that the Defendant has retained his own counsel, however. Accordingly, court ordered appointment of an interpreter to assist with each and every matter related to the Defendant's case is not warranted.

Accordingly, the Court **GRANTS IN PART AND DENIES IN PART** the motion to appoint an interpreter (Doc. 28). The motion is **GRANTED** to the extent that the Court has an obligation to provide an interpreter at in-court proceedings. However, the Court **DENIES** the motion with respect to all other matters related to the Defendant's case, though the Court will reconsider this ruling if the Defendant provides legal authority indicating that the Court must provide further services.

In the future, defense counsel is **DIRECTED** to inform the Court well in advance of each and every setting where the presence of an interpreter is needed, so as to permit the Court ample time to schedule a licensed interpreter.

**IT IS SO ORDERED.**

**DATED this 15th day of December 2008.**

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**